UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM ALISEA BONALES, *et al.*, | Case No. 1:25-cv-00501-KES-CDB |
| Plaintiff, | ORDER ON RENEWED STIPULATED REQUEST TO AMEND SCHEDULING ORDER AS MODIFIED |
| v. | |
| PORSCHE CARS NORTH AMERICA, INC., | (Doc. 12) |
| Defendant. | |

Pending before the Court is the parties' renewed joint stipulated request to amend the scheduling order. (Doc. 12).

**Background**

The parties filed a joint stipulated request to amend the scheduling order on January 21, 2026. (Doc. 10). The Court denied the request on January 22, 2026, for failure to comply with the case management order (Doc. 7) and failure to provide sufficient information establishing the diligence of the parties regarding discovery. (Doc. 11). That same day, the parties filed their renewed joint stipulated request to amend the scheduling order. (Doc. 12).

**Discussion**

In support of the request, the parties provide a timeline of discovery undertaken by the parties, beginning October 6, 2025. In brief, the parties represent that Plaintiffs served discovery demands upon

1

Defendant.  Defendant requested extensions of time to respond.  After serving the responses, the parties communicated regarding scheduling of the deposition of Defendant's Rule 30(b)(6) witness.  Due to the holiday season, communications were delayed regarding the deposition and the Defendant's responses to written discovery.  At the beginning of this year, Defendant served discovery demands upon Plaintiffs.  On January 6, 2026, Defendant's counsel began a trial in an unrelated matter in state court.  Defendant's counsel informed Plaintiffs that March 4, 2026, is the date of availability he received from his client for deposition.  On January 22, 2026, Defendant's trial concluded.  *Id.* at 2-4.  The parties attach the declaration of counsel for Plaintiffs Roy Enav to their request, setting forth the same.  *See* (Doc. 12-1).

The parties seek extension of the non-expert discovery deadline from February 2, 2026, to May 4, 2026, and the expert discovery deadline from April 15, 2026, to June 30, 2026.  (Doc. 12 at 4-5).  The parties do not seek extension of any other deadlines or case management dates.  Mr. Enav represents that these extensions are necessary to resolve the discovery dispute regarding Defendant's discovery responses, complete the deposition of Defendant's Rule 30(b)(6) witness, complete Plaintiffs' depositions, and complete a vehicle inspection.  (Doc. 12-1 ¶ 23).

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted as modified.  As extension of the non-expert and expert discovery deadlines to the dates requested by the parties would conflict with the current case management dates, the Court will modify the scheduling order with in-kind extensions.

In light of the extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time absent extraordinary circumstances and expects the parties to undertake any settlement or mediation efforts in parallel with these extended deadlines without any expectation that additional extensions of time will be granted.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 7) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline | 02/02/2026 | **05/04/2026** |
| 2. Expert Disclosure Deadline | 02/02/2026 | **05/04/2026** |
| 3. Rebuttal Disclosure Deadline | 02/17/2026 | **05/18/2026** |
| 4. Expert Discovery Deadline | 04/15/2026 | **06/30/2026** |
| 5. Non-Dispositive Motion Filing Deadline | 04/15/2026 | **06/30/2026** |
| 6. Non-Dispositive Motion Hearing Deadline | 05/20/2026 | **08/04/2026** |
| 7. Dispositive Motion Filing Deadline | 06/17/2026 | **09/01/2026** |
| 8. Dispositive Motion Hearing Deadline | 08/03/2026 | **10/19/2026** |
| 9. Pre-Trial Conference | 11/30/2026 | **02/22/2027** |
| 10. Trial | 01/26/2027 | **04/20/2027** |

IT IS SO ORDERED.

Dated:    **January 23, 2026**

UNITED STATES MAGISTRATE JUDGE

3