UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM ALISEA BONALES,<br><br>      Plaintiff,<br><br>  v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>      Defendant. | Case No. 1:25-cv-00501-KES-CDB<br><br>ORDER DENYING DEFENDANT'S SUBSTITUTION OF ATTORNEY FOR FAILURE TO COMPLY WITH LOCAL RULE 131<br><br>(Doc. 15) |

The Court has read and considered the filed Consent Order Granting Substitution of Attorney Form AO-154 of Defendant Porsche Cars North America, Inc., to substitute Michael Ayzen as counsel of record in place of Robert A. Shields and Andres F. Michel. (Doc. 15).

The filing includes electronic signatures for the former attorney, new attorney, and the Defendant, each bearing an "/s/" followed by the individual's name. This complies with Local Rule 131(c) for current counsel who is using the filer's individual CM/ECF account. However, as for the signatures of the new attorney and Defendant, the substitution is without attestation of current counsel acquiring authorization or possessing a signed original copy.

Relevant here, Local Rule 131(e) provides that "[s]ubmitting counsel shall place the other counsel's signature on the electronic filing by using '/s/ counsel's name (as authorized on __[date]__).' Alternatively, one counsel may obtain the original signatures from all counsel who

are filing the document, scan the signature page(s) only and file the signature page(s) as an attachment to the document with an explanatory statement on the signature page of the filed document." L.R. 131(e).

Additionally, Local Rule 131(f) provides that "[d]ocuments that are required to be signed by a person who is not the attorney of record in a particular action … may be submitted in electronic format bearing a '/s/' and the person's name on the signature line along with a statement that counsel has a signed original, e.g., '/s/ John Doe (original signature retained by attorney Mary Roe).' It is counsel's duty to maintain this original signature for one year after the exhaustion of all appeals." L.R. 131(f).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Defendant's request to substitute counsel (Doc. 15) is DENIED without prejudice. Defendant may re-file a substitution of attorney form that complies with Local Rule 131.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE