UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM ALISEA BONALES, | Case No. 1:25-cv-00501-KES-CDB |
| Plaintiff, | ORDER GRANTING DEFENDANT'S RENEWED SUBSTITUTION OF ATTORNEY |
| v. | |
| PORSCHE CARS NORTH AMERICA, INC., | (Doc. 20) |
| Defendant. | |

The Court has read and considered the renewed Consent Order Granting Substitution of Attorney Form AO-154 of Defendant Porsche Cars North America, Inc., to substitute Michael Ayzen as counsel of record in place of Robert A. Shields and Andres F. Michel. (Doc. 20).

In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE